MAY 8, 1946

No. 51110.—
—Protests 58086-K, etc., of Cluett Peabody & Co., Inc. Abstract 50992. Plaintiff's application for rehearing granted.

MAY 13, 1946

No. 51111.——Protest 109809-K of Cities Service Oil Co. C. D. 994. Motion of Government for rehearing denied.

BEFORE THE FIRST DIVISION, MAY 15, 1946

No. 51112.—Protests 85857-K, etc., of DeLuxe Saddlery Co., Inc., et al. (Baltimore, etc.).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 51113.—Protests 109707-K/91531, etc., of American Express Co. et al. (Chicago).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, MAY 15, 1946

No. 51114.—Protest 845769-G of W. X. Huber Co. (Los Angeles).

Opinion by KINCHELOE, J. The testimony showed that the merchandise in issue is of the same kind and character as that passed upon in Abstracts 34621, 35549, and 38004. In accordance therewith the claim at 35 percent under paragraph 921 was sustained.

No. 51115.—Protests 989349-G, etc., of Stephen Rug Mills (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 51116.—Protests 115351-K, etc., of Intermaritime Trading Corp. et al. (New York).

Opinion by LAWRENCE, J. An examination of the papers disclosing no reason for disturbing the collector's action, which was presumptively correct, the protests were overruled.